BONDED MUNICIPAL CORPORATION, Respondent, v. CARODIX CORPORATION et al., Defendants, JOSEPH P. DAY et al., as Trustees, Defendants-Respondents, and COUNTY OF NASSAU, Impleaded Defendant, Appellant.—

Hagarty, Carswell, Adel, Taylor and Lewis, JJ., concur.